UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LATOYA NEMBHARD,

          Plaintiff,

                              Case No. 0:22-cv-60029-RS

v.

CAPITAL MANAGEMENT SERVICES, LP,

          Defendant.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE AND JOINT MOTION AND STIPULATION TO STAY PROCEEDINGS**

Plaintiff, Latoya Nembhard (Plaintiff) and defendant, Capital Management Services, LP (CMS), (collectively, the Parties), by and through their undersigned counsel of record and under the Federal Rules of Civil Procedure, hereby respond to the order to show cause and move to stay this action pending the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection and Management Services, Inc.*, Case No. 19-14434-HH (*Hunstein*), and state:

    1.    On November 24, 2021, Plaintiff filed this lawsuit alleging CMS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA) and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, *et seq.* (FCCPA). Specifically, Plaintiff alleges that CMS violated the FDCPA by transmitting consumer information to a third-party vendor to process its mail.

    2.    Plaintiff alleges claims based upon an opinion issued by the Eleventh Circuit in April 2021—*Hunstein v. Preferred Collection & Mgmt. Servs., Inc*. However, in light

of the Eleventh Circuit vacating its panel decision in *Hunstein* and ordering an en banc review, the Parties agree that staying the current action pending the Eleventh Circuit's final decision is warranted. *See Gonzalez v. I.C. System, Inc.*, Case No. 1:12-cv-23691, Doc. 11 (S.D. Fla Nov. 19, 2021) ("'[f]ederal jurisdiction in this case is premised on [Hunstein] [s]o[] to, is the viability of the Plaintiff's federal cause of action"); *Emery v. Commonwealth Financial Systems, Inc.*, Case No. 6:21-cv-01672, Doc. 18 (M.D. Fla Dec. 1, 2021) ("The Eleventh Circuit Court of Appeals' resolution of the petition for rehearing *en banc* in *Hunstein*, will have a substantial impact on the claims in this case, most notably, on the issue of standing for a statutory violation.").

3.  Accordingly, based on the foregoing, the Parties respectfully request the Court issue an order staying this action pending the Eleventh Circuit's final decision in *Hunstein*.

Dated: January 26, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Thomas J. Patti, III* (with permission) | */s/ Michael P. Schuette* |
| Jibrael S. Hindi, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0106181 |
| Thomas J. Patti, III, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 0016277 |
| The Law Offices of Jibrael S. Hindi | SESSIONS, ISRAEL & SHARTLE, LLC |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, Florida 33618 |
| jibrael@jibraellaw.com | Telephone: (813) 890-2460 |
| tom@jibraellaw.com | Facsimile: (877) 334-0661 |
| *Counsel for Plaintiff* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Counsel for Defendant,* |
| | *Capital Management Services, LP* |